**Albert CASTON, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD38086.**

Missouri Court of Appeals,
Western District.

Nov. 12, 1986.

Joseph S. Locascio, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from denial without evidentiary hearing of a Rule 27.26 motion to vacate convictions of robbery in the first degree, § 569.020 RSMo 1978, and armed criminal action, § 571.015.1 RSMo 1978, and sentences of fifteen and ten years, to be served consecutively.

Judgment affirmed. Rule 84.16(b).